PEOPLE, Respondent, v. SMOLINSKI et al., Appellants. (Supreme Court, Appellate Di-

vision, Fourth Department. November 19, 1913.) Proceeding by the People of the State of New York against Michael Smolinski and another. No opinion. Appeal dismissed upon stipulation filed.